

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-18-00182-CV

**IN THE INTEREST OF B.B.R., B.L.A.R., AND J.R.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01942
Honorable Richard Price, Judge Presiding

# O R D E R

This is an accelerated appeal involving the termination of parental rights. The court reporter has filed a notification of late reporter's record requesting an extension of seven days to April 9, 2018. We grant her request and ORDER her to file the reporter's record on or before April 9, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court